

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

86 Chambers Street, 3rd floor
New York, NY 10007

January 7, 2022

BY ECF

MEMORANDUM ENDORSED

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007

Re: Rachel Dennis v. Comm'r of Soc. Sec.
21 Civ. 6634 (JPC) (GWG)

Dear Judge Gorenstein:

Pursuant to the schedule in the above-referenced Social Security case, the administrative record and the government's brief are due January 13, 2022, with plaintiff's response due March 14, 2022, and the government's reply due April 4, 2022. We write respectfully to request that the schedule in this case be adjourned for 60 days, as follows:

Administrative record and government's brief to be filed by March 14, 2022
Plaintiff's response to be filed by May 13, 2022
Government's reply, if any, to be filed by June 3, 2022.

The reason for this request is the Social Security Administration needs more time to prepare the administrative record given the dramatic increase in the number of Social Security cases filed. We have attempted to obtain the consent of plaintiff, who is proceeding *pro se*, to this proposed adjournment, but she has not consented, stating that it has been long enough. No prior adjournment has been requested in this case.

We appreciate the Court's consideration of this request.

Respectfully,

DAMIAN WILLIAMS
United States Attorney

By:     s/ *Susan D. Baird*
SUSAN D. BAIRD
Assistant United States Attorney
tel. (212) 637-2713
Susan.Baird@usdoj.gov

cc:    BY EMAIL and MAIL

Rachel D. Dennis
370 E. 162nd St., Apt. 4M
Bronx, New York 10451
rachelddennis@gmail.com

The proposed schedule is approved. The Clerk is requested to mail a copy of this Order to the pro se plaintiff.

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge

January 10, 2022