UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
RACHEL D. DENNIS                                        :

                                                        :       ORDER
                        Plaintiffs,
                                                        :       21 Civ. 6634 (JPC) (GWG)
        -v.-
                                                        :

COMMISSIONER OF SOCIAL SECURITY         :

                                                        :
                        Defendants.
---------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

  As stated in the Court's Order of January 10, 2022, the deadline for plaintiff to file her response to the Government's motion to dismiss is May 13, 2022. Any reply by the Government shall be filed by June 3, 2022. Plaintiff may file the opposition by email by sending it in pdf form to Temporary_Pro_Se_Filing@nysd.uscourts.gov. In the alternative, the response may be mailed to Pro Se Docketing, 500 Pearl Street, New York, NY 10007. The Court notes that the Pro Se Intake Unit at the United States Courthouse, 40 Centre Street, Room 105, New York, New York ((212) 805-0175) may be of assistance to the plaintiff in connection with court procedures. Also, plaintiff may wish to seek assistance from the New York Legal Assistance clinic at (212) 659-6190.

  If plaintiff does not file any response to the Government's motion, her case may be dismissed.

  SO ORDERED.

Dated:  March 15, 2022
   New York, New York

                _____
                GABRIEL W. GORENSTEIN
                United States Magistrate Judge

Copies Mailed by Chambers to Pro Se Plaintiff