UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

RACHEL D. DENNIS,                                :

            Plaintiff,              :    **SCHEDULING ORDER**

    -against-                                    :

                                                        21 Civ. 6634 (JPC)(GWG)

COMMISSIONER OF SOCIAL SECURITY,    :

           Defendant.              :
-----------------------------------------------------------------x
GABRIEL W. GORENSTEIN, United States Magistrate Judge

    IT IS HEREBY ORDERED that:

    1. At the defendant's request, its motion seeking dismissal (Docket # 18) is deemed withdrawn.

    2. On or before August 2, 2022, the Commissioner shall file the administrative record <u>and</u> a motion for judgment on the pleadings. The Commissioner shall not file the administrative record until the motion for judgment on the pleadings is filed.

    3. On or before October, 3 2022, plaintiff shall serve and file papers opposing the motion. If plaintiff believes that the Commissioner has not accurately summarized the administrative record, the plaintiff shall list any errors or omissions in the opposition papers. The Court notes that the Pro Se Intake Unit at the United States Courthouse, 40 Centre Street, Room 105, New York, New York ((212) 805-0175) may be of assistance to the plaintiff in connection with court procedures.

    Plaintiff may file the opposition by email by sending it in pdf form to Temporary_Pro_Se_Filing@nysd.uscourts.gov

    In the alternative, the response may be mailed to Pro Se Docketing, 500 Pearl Street, New York, NY 10007

    4. On or before October 24, 2022, the Commissioner may serve and file a memorandum of law in reply.

    5. The Court does not have any limitations on the number of pages for memoranda of law.

      6.  The Clerk is requested to mail a copy of this Order to the pro se plaintiff at the address on the docket sheet.

      SO ORDERED.

Dated: New York, New York
       June 1, 2022

                                                     GABRIEL W. GORENSTEIN
                                                     United States Magistrate Judge