UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RACHEL D. DENNIS,

           Plaintiff,

v.

COMMISSIONER OF SOC. SEC.,

           Defendant.

No. 1:21-cv-06634-JPC-GWG

WHEREAS, on August 11, 2022, a proposed stipulation and order of remand was filed;

WHEREAS, it appears that the proposed stipulation of remand was filed by the Pro Se Clerk's Office;

WHEREAS, there is no agreement between the parties that the matter should be remanded;

IT IS HEREBY ORDERED that the Proposed Stipulation and Order of Remand (Docket Entry No. 36) be stricken from the record.

Dated: New York, New York
        August 15, 2022

                                              JOHN P. CRONAN
                                              United States District Judge