UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RACHEL D. DENNIS                                         :

                                                                     :        <u>ORDER</u>
                    Plaintiff,
                                                                   :        21 Civ. 6634 (JPC) (GWG)

   -v.-
                                                                      :

COMMISSIONER OF SOCIAL SECURITY          :

                                                                      :
                   Defendant.
-------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      The Commissioner of Social Security has filed a motion to remand this case on the ground that the Administrative Law Judge made errors in the process of reaching the decision to deny benefits to Ms. Dennis. If this case were remanded, the Administrative Law Judge would be required to correct those errors and make a new decision as to whether Ms. Dennis is entitled to benefits.

      While Ms. Dennis has filed an amended complaint, it is not clear whether Ms. Dennis is actually objecting to the remand and, if so, why she is objecting. Ms. Dennis is directed to file a letter on or before August 30, 2022, that states her position on the Government's motion to remand this case to the Social Security Administration for further proceedings. If Ms. Dennis is not opposing the remand, she should file a letter so stating and the case will be promptly remanded.

      Ms. Dennis may file the letter by email by sending it in pdf form to Temporary_Pro_Se_Filing@nysd.uscourts.gov. In the alternative, the response may be mailed to Pro Se Docketing, 500 Pearl Street, New York, NY 10007. The Court notes that the Pro Se Intake Unit at the United States Courthouse, 40 Centre Street, Room 105, New York, New York ((212) 805-0175) may be of assistance to Ms. Dennis in connection with court procedures.

      SO ORDERED.

Dated: August 16, 2022
       New York, New York

                                                         GABRIEL W. GORENSTEIN
                                                         United States Magistrate Judge