UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RACHEL D. DENNIS                              :

                                         :       ORDER
                  Plaintiff,
                                         :       21 Civ. 6634 (JPC) (GWG)

      -v.-                                      :

                                         :
COMMISSIONER OF SOCIAL SECURITY
                                         :

             Defendant.                       :
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      The Government is directed to file a letter on or before May 2, 2023, responding to the claims made in the attached letter and providing an update on the status of the administrative matter on remand.

      SO ORDERED.

Dated: April 18, 2023
       New York, New York

                                                                     _____
                                                                     GABRIEL W. GORENSTEIN
                                                                    United States Magistrate Judge

PTF
21-6634

27 Monarch Circle
Basking Ridge, New Jersey 07920
April 13, 2023

Dear Honorable Judge Gorenstein:

I am writing in regard to my sister, (Rachel D. Derrius) Social Security Disability case number 1:21-cv-06634-JPC-GWG. It was remanded on August 16, 2022 by your honor. As of the date above the ALJ in the Bronx has yet to correct the errors and forward my sisters case of six years on to the Social Security Administration for payment of disability benefits for her stroke. I am asking the court as a one time courtesy to inquire as to why your order has not been expedited in a timely fashion.

My sisters health has not improved since her stroke in July 2017. She is need of her benefits and it would be much appreciated to receive her benefits due her from the Social Security Administration.

In closing, my sister is PRO SE and she needs closure of her case.

Thank you very much.

Sincerely yours,
Wallace C. Dennis
(908) 962-2227

Case # 1:21-cv-06634-JPC-CWG
Re: Rachel D. Dennis - Plaintiff
    v.
Comm'r of Soc. Sec. - Defendant

